IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CASE NO.: 2:20-cv-01403

| | |
|---|---|
| CARRIE MULLER,<br>individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PUBLIC SERVICE ENTERPRISE GROUP INCORPORATED,<br><br>*Defendant*.<br>_____/ | **CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Carrie Muller, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Carrie Muller, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: April 20, 2020

Respectfully Submitted,

**DAPEER LAW, P.A.**
/s/ Rachel Edelsberg
Rachel Edelsberg, Esq.
Jersey Bar No. 039272011
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: 305-610-5223
rachel@dapeer.com

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

           By: /s/ Rachel Edelsberg
              Rachel Edelsberg, Esq.
              Jersey Bar No. 039272011

              *Attorneys for Plaintiff Carrie Muller and all others similarly situated.*